IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED by _____ D.C.
APR 12 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - W.P.B.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIM. NO. 9:10-80149-CR-MARRA-4 |
| vs. ) | |
| CHRISTOPHER HUTSON, ) | April 8, 2013 |
| Defendant. ) | |

### DECLARATION OF CHRISTOPHER HUTSON RE: ABILITY TO PAY FINE

I, Christopher Hutson, hereby declare as follows:

1. I am the defendant in the above captioned matter.

2. In April of 2010, I was sentenced to nine years in prison followed by a period of supervised release of one year.

3. Additionally, I was ordered to pay restitution in the amount of $320,718.31.

4. At present, I am ordered to pay in excess of $100.00 (or more, depending on the amount of funds received) quarterly while I am incarcerated.

5. Said order of payment is impeding my ability to conform with all of the requirements of my incarceration.

I am requesting that the court ordered sentencing regarding the terms of restitution be modified to delay payments until 60 days after my release from incarceration.

By signing this declaration consisting of five numbered paragraphs I am declaring under the penalty of perjury that the factual representations are true and correct to the best of

my knowledge, information and belief.  Executed this 8th day of April, 2013.

```
                                    _____
                                         Christopher Hutson
```

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Declaration of Christopher Hutson Re:  Ability to Pay Fine was deposited in the prison mail system at the Federal Correctional Institution, Ashland, Kentucky, in the manner prescribed for legal mail, including prepayment of first class postage, addressed to:

> United States Attorney
> 500 East Broward Boulevard
> Suite 700
> Fort Lauderdale, Florida 33301-1944

on the 8th day of April, 2013.

```
                                    _____
                                         Christopher Hutson
```